

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00128-CR

**ROY WAYNE GLENN,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

#### From the 19th District Court
#### McLennan County, Texas
#### Trial Court No. 2016-1796-C1

## O R D E R

Appellant's brief was originally due on or before June 30, 2017. Through a series of extensions and abatement/reinstatement orders, appellant's brief was most recently due on January 26, 2018.

"Newly-Appointed Counsel's First Motion for Extension of time to File Appellant's Brief" was filed on January 29, 2018. In the motion, it is asserted that this is the first motion for extension of time sought by this particular counsel, and "another" thirty days to file appellant's brief is requested.

Rule 10.5(b) of the Texas Rules of Appellate Procedure provides:

> All motions to extend time except a motion to extend time for filing a notice of appeal **must** state:
>
> (A)  the deadline for filing the item in question;
>
> (B)  the length of the extension sought;
>
> (C)  the facts relied on to reasonably explain the need for an extension; and
>
> (D)  the number of previous extensions granted regarding the item in question.

TEX. R. APP. P. 10.5(b)(1) (emphasis added).  Appellant's motion does not comply with this rule.

First, the motion does not state the deadline for filing the "item in question." *Id*. (b)(1)(A).  Second, even though appellant's counsel is successor counsel, essentially new, the motion should note the appellant's full history/time on appeal and why the current motion requesting more time should be granted, which would include the fact that first counsel was removed and current counsel was appointed after so many days.  *Id*. (b)(1)(C).  Third, and most importantly, while counsel asserts this is *his* first request for an extension of time to file a brief, this is not the first extension requested.  The motion must state the number of extensions granted regarding the "item in question."  *Id*. (b)(1)(D).  The item in question is appellant's brief.

This brief was to be filed seven months ago.  With this extension, appellant would be given almost nine months to file what should have been filed in 30 days.  Nevertheless, we are not unsympathetic to new counsel's situation.

Accordingly, appellant's motion is granted.  Appellant's brief is due February 25, 2018.  However, should another motion not in compliance with Rule 10.5(b)(1) and this order be filed, it will not be ruled on, and the Court may abate this appeal to the trial court for further proceedings.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed February 7, 2018

